[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JULY 26, 2010
JOHN LEY
CLERK

No. 08-10601
Non-Argument Calendar
_____

D. C. Docket No. 07-00107-CR-CG

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ANTHONY TYRONE BROWN,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Alabama

_____

(July 26, 2010)

Before BLACK, HULL and PRYOR, Circuit Judges.

PER CURIAM:

Kristen Gartman Rogers, appointed counsel for Anthony Tyrone Brown, has

filed a motion to withdraw from further representation, supported by a brief

prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d

493 (1967). Our independent review of the entire record reveals that counsel's

assessment of the relative merit is correct. Because independent examination of

the entire record reveals no arguable issues of merit, counsel's motion to withdraw

is **GRANTED**, and Brown's conviction and sentence are **AFFIRMED**.